# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL SEYMOUR**, individually
and on behalf of all those similarly
situated,

    **Plaintiff**,

v.                                           Case No. 3:23cv8871-TKW-ZCB

**COX COMMUNICATIONS, INC.**,

    **Defendant**.

_____/

## ORDER

Based on Plaintiff's notice of voluntary dismissal with prejudice (Doc. 9), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and the Clerk shall close the case file.

**DONE and ORDERED** this 11th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**